HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN ASA GERSON NY BAR #5505144
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
FABIAN GARCIA-PALACIO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>FABIAN GARCIA-PALACIO,<br><br>         Defendant, | Case No.  1:20-mj-00074-SKO<br><br>STIPULATION TO MODIFY TERM OF PRETRIAL RELEASE; ORDER<br><br>JUDGE: Hon. Erica P. Grosjean |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that Fabian Garcia-Palacio's order of release condition (7)(n) be modified to allow Mr. Garcia-Palacio to attend a family Thanksgiving gathering at his aunt's home in Fresno, California, on November 26, 2020, from 12:00 p.m. until 12:00 a.m.  At all times, Mr. Garcia-Palacio would be accompanied by and be in the presence of his mother, Perla Gonzalez, who is the court-approved third-party custodian.  Travel would be authorized directly to and from the aunt's home. The address has been supplied to pretrial services and will be sent to the court under separate cover.  No other stops or detours allowed.  Mr. Garcia-Palacio has complied with all terms of his release to date and has done particularly well in the Better Choices program.

All other conditions remain in full force and effect.  Supervising Pretrial Services Officer Frank Guerrero has no objection to the requested modification. The Government does not object.

///

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | McGREGOR SCOTT<br>United States Attorney |
| DATED: November 24, 2020 | /s/ Justin J. Gilio<br>JUSTIN J. GILIO<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: November 24, 2020 | /s/ Benjamin Gerson<br>BENJAMIN GERSON<br>Assistant Federal Defender<br>Attorneys for Defendant<br>FABIAN GARCIA-PALACIO |

# **O R D E R**

**IT IS SO HEREBY ORDERED** that the Home Detention portion of pretrial release condition (7)(n) be modified to allow Mr. Garcia-Palacio on November 26, 2020, to spend Thanksgiving at his mother's house in Coarsegold for a family gathering from 12:00 p.m. until 12:00 a.m., in the immediate presence of his Third-Party Custodian Perla Gonzalez at all times.

All other conditions remain in full force and effect.

IT IS SO ORDERED.

Dated: **November 24, 2020**          /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE

Garcia-Palacio: Stipulation
  to Modify Pretrial Release