HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN ASA GERSON NY BAR #5505144
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
FABIAN GARCIA-PALACIO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>FABIAN GARCIA-PALACIO,<br><br>                    Defendant, | Case No.  1:20-mj-00074-SKO<br><br>STIPULATION TO MODIFY TERM OF PRETRIAL RELEASE;  ORDER<br><br>JUDGE: Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that Fabian Garcia-Palacio's order of pretrial release be modified in that Mr. Garcia-Palacio's location monitoring condition be changed from home incarceration to a curfew.

On July 23, 2020, Mr. Garcia-Palacio was released on pretrial supervision with location monitoring with home incarceration, and a $2,000.00 cash bond.  Since that time, he has appeared in court when required, he is participating in substance abuse treatment, he has maintained a stable residence with his mother/third-party custodian and siblings, he has not had any contact with law enforcement, he has not had contact with co-defendants, and he has complied with all of the rules and regulations of Pretrial Services, including the requirements of location monitoring program.

Mr. Garcia-Palacio is also participating in the Better Choices Court Program and has his 4th appearance scheduled for December 16, 2020.  He is scheduled to resume adult education

courses in January to obtain his high school diploma and is hoping to be able to start working in order to help out his family. One aspect of the Better Choices Court Program is for participants to become more responsible, and securing gainful employment is one area that the program focuses on.

Pretrial Services has spoken with Mr. Garcia-Palacio's mother/third-party custodian at length, and she feels comfortable with the reduced restrictions and feels confident that the defendant will continue to comply with all conditions of release and will ensure he is only leaving the house for employment or appropriate reasons.  Based on these factors, and the fact that he is still subject to a $2,000.00 secured cash bond, Pretrial Services recommends changing the location monitoring condition from home incarceration to a curfew.  The proposed curfew would be 7:00 p.m. to 7:00 a.m.

All other conditions remain in full force and effect.  Supervising Pretrial Services Officer Frank Guerrero has no objection to the requested modification. The Government does not object.

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

DATED:  December 16, 2020              */s/ Justin J. Gilio*
JUSTIN J. GILIO
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender


DATED:  December 16, 2020              */s/ Benjamin Gerson*
BENJAMIN GERSON
Assistant Federal Defender
Attorneys for Defendant
FABIAN GARCIA-PALACIO

# **O R D E R**

**IT IS SO ORDERED** that the conditions of Mr. Garcia-Palacio's pretrial release be modified from home incarceration to curfew, such curfew extending from 7:00 p.m. to 7:00 a.m. daily. All other conditions remain in full force and effect.

IT IS SO ORDERED.

Dated:   **December 16, 2020**

UNITED STATES MAGISTRATE JUDGE