1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  BENJAMIN ASA GERSON NY BAR #5505144
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: 559-487-5561/Fax: 559-487-5950
5
   Attorneys for Defendant
6  FABIAN GARCIA-PALACIO

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | Case No.  1:20-mj-00074-SKO
12 |            Plaintiff,            | STIPULATION TO TEMPORARILY MODIFY
   |                                  | TERM OF PRETRIAL RELEASE FOR
13 | vs.                              | CHRISTMAS; ORDER
14 | FABIAN GARCIA-PALACIO            | JUDGE: Hon. Sheila K. Oberto
15 |            Defendant,            |

16

17     **IT IS HEREBY STIPULATED** by and between the parties hereto through their

18 respective counsel, that Fabian Garcia-Palacio's order of release condition (7)(n) be modified to

19 allow Mr. Garcia-Palacio to attend a family Christmas gathering at his aunt's home in Fresno,

20 California, from 4:00 p.m. on Thursday, December 24, 2020 until 2:00 a.m. on Friday, December

21 25, 2020.  Mr. Garcia-Palacio requests the conditions of his release be modified to accommodate

22 the family tradition of celebrating at midnight on Christmas day. At all times, Mr. Garcia-Palacio

23 would be accompanied by and be in the presence of his mother, Perla Gonzalez, who is the

24 court-approved third-party custodian.  Travel would be authorized directly to and from his aunt's

25 home. The address has been supplied to pretrial services and will be sent to the court under

26 separate cover.  No other stops or detours allowed.  Mr. Garcia-Palacio has complied with all

27 terms of his release to date and has done particularly well in the Better Choices program.

28        All other conditions remain in full force and effect.  Supervising Pretrial Services Officer

Frank Guerrero has no objection to the requested modification. The Government does not object.

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

DATED: December 16, 2020      */s/ Justin J. Gilio*
JUSTIN J. GILIO
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: December 16, 2020      */s/ Benjamin Gerson*
BENJAMIN GERSON
Assistant Federal Defender
Attorneys for Defendant
FABIAN GARCIA-PALACIO

## O R D E R

**IT IS SO ORDERED** that the pretrial release condition (7)(n) be modified to allow Mr. Garcia-Palacio visit his aunt's home in Fresno, California, from 4:00 p.m. on Thursday, December 24, 2020 until 2:00 a.m. on Friday, December 25, 2020, in the immediate presence of his Third-Party Custodian Perla Gonzalez at all times.

All other conditions remain in full force and effect.

IT IS SO ORDERED.

Dated:   **December 16, 2020**

UNITED STATES MAGISTRATE JUDGE