1 HEATHER E. WILLIAMS, #122664
Federal Defender
2 CHARLES J. LEE, #221057
Assistant Federal Defenders
3 Designated Counsel for Service
2300 Tulare Street, Suite 330
4 Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950
5
Attorneys for Defendant
6 FABIAN GARCIA-PALACIO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  1:20-mj-00074-SKO |
|---|---|
| Plaintiff, | STIPULATION TO MODIFY TERM OF PRETRIAL RELEASE; ORDER |
| vs. | JUDGE: Hon. Stanley A. Boone |
| FABIAN GARCIA-PALACIO, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that Fabian Garcia-Palacio's order of release condition (7)(p) be modified to read as follows:

You must not possess any communication device other than the government issued flip-phone style cell phone, pre-approved by Pretrial Services, which may only be used for communication with defense counsel, the Pretrial Services agency, treatment providers, and for other purposes specifically approved by the supervising Pretrial Services Officer.

All other conditions remain in full force and effect.  Supervising Pretrial Services Officer Frank Guerrero is in agreement with the requested modification.

///

///

///

                                          Respectfully submitted,

                                          McGREGOR SCOTT
United States Attorney

DATED: January 19, 2021                     */s/ Justin J. Gilio*
                                                   JUSTIN J. GILIO
                                                   Assistant United States Attorney
                                                   Attorney for Plaintiff

                                                   HEATHER E. WILLIAMS
                                                   Federal Defender

DATED: January 19, 2021                     */s/ Charles J. Lee*
                                                   CHARLES J. LEE
                                                   Assistant Federal Defender
                                                   Attorneys for Defendant
                                                   FABIAN GARCIA-PALACIO

## O R D E R

**IT IS SO ORDERED** that pretrial release condition (7)(p) be modified to read:

You must not possess any communication device other than the government issued flip-phone style cell phone, pre-approved by Pretrial Services, which may only be used for communication with defense counsel, the Pretrial Services agency, treatment providers, and for other purposes specifically approved by the supervising Pretrial Services Officer.

All other conditions remain in full force and effect.

IT IS SO ORDERED.

Dated: **January 20, 2021**                                              *[signature]*
                                                                UNITED STATES MAGISTRATE JUDGE