HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN GERSON, NY Bar # 5505144
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
FABIAN GARCIA-PALACIO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-CR-00119-NONE-SKO |
| Plaintiff, | STIPULATION TO MODIFY TERM OF PRETRIAL RELEASE; CONTINUE SENTENCING;ORDER |
| vs. | |
| FABIAN GARCIA-PALACIO, | JUDGE: Hon. DALE A. DROZD |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through Assistant

United States Attorney Justin J. Gilio for the government, and Assistant Federal Defender

Benjamin Gerson for defendant FABIAN GARCIA-PALACIO that the sentencing hearing

scheduled for August 13, 2021 be continued to December 3, 2021 at 9:00 a.m. Defense counsel

is in the process of retaining an expert and requests additional time for preparation. Specifically,

defense counsel has represented that it is in the process of retaining an expert located in the Los

Angeles area. Although defense counsel has selected an expert, defense counsel needs the

additional time to complete the hiring process, which it anticipates will be completed by no later

than the end of July. Defense counsel needs the additional time (1) for defense to arrange for

GARCIA-PALACIO to travel to the Los Angeles area for evaluation and (2) for the expert to

issue a report that can be presented to the Probation Office. The parties anticipate that these

tasks can be accomplished in time for a sentencing date of December 3, 2021.

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

DATED: June 8, 2021                    /s/ Justin J. Gilio
                                       JUSTIN J. GILIO
                                       Assistant United States Attorney
                                       Attorney for Plaintiff


                                       HEATHER E. WILLIAMS
                                       Federal Defender

DATED: June 8, 2021                    /s/ Benjamin Gerson
                                       BENJAMIN GERSON
                                       Assistant Federal Defender
                                       Attorneys for Defendant
                                       FABIAN GARCIA-PALACIO


## <u>O R D E R</u>

**IT IS SO ORDERED** that the sentencing hearing scheduled for August 13, 2021 be

continued to December 3, 2021 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **June 8, 2021**                    _____
                                             UNITED STATES DISTRICT JUDGE