HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, #221057
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
FABIAN GARCIA-PALACIO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> FABIAN GARCIA-PALACIO, <br><br> Defendant. | Case No.  1:21-cr-00119 NONE SKO <br><br> STIPULATION TO MODIFY TERM OF PRETRIAL RELEASE; ORDER <br><br> JUDGE: Hon. Sheila K. Oberto |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that Fabian Garcia-Palacio's order of release condition (7)(n) be modified to allow Mr. Garcia-Palacio to attend both family Christmas and New Year's gatherings in Fresno, California, from 4:00 p.m. on Friday, December 24, 2021 until 2:00 a.m. on Saturday, December 25, 2021; and from 4:00 p.m. on Friday December 31, 2021 until 2:00 a.m. on Saturday January 1, 2022. Mr. Garcia-Palacio requests the conditions of his release be modified to accommodate the family tradition of celebrating at midnight on Christmas day.

　　　　At all times, Mr. Garcia-Palacio would be accompanied by and be in the presence of his mother, Perla Gonzalez, who is the court-approved third-party custodian. Travel would be authorized directly from his home to the family gathering. The address and exact itinerary to be supplied to pretrial services.  No other stops or detours allowed.

　　　　Since the inception of the instant case nearly 18 months ago Mr. Garcia-Palacio has

complied with all terms of his release to date and has graduated the Better Choices program. This court previously granted a similar request during Christmas of 2020.  *See,* ECF #23.

All other conditions remain in full force and effect.  Pretrial Services is in agreement with the requested modification.

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

DATED:  December 21, 2021     */s/ Justin J. Gilio*
JUSTIN J. GILIO
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED:  December 21, 2021     */s/ Charles J. Lee*
CHARLES J. LEE
Assistant Federal Defender
Attorneys for Defendant
FABIAN GARCIA-PALACIO

# O R D E R

**IT IS SO ORDERED** that pretrial release condition (7)(n) be modified as follows:

Mr. Garcia-Palacio may attend both family Christmas and New Year's gatherings in Fresno, California, from 4:00 p.m. on Friday, December 24, 2021 until 2:00 a.m. on Saturday, December 25, 2021; and from 4:00 p.m. on Friday December 31, 2021 until 2:00 a.m. on Saturday January 1, 2022.  Addresses and itinerary must be approved by the supervising Pretrial Services Officer. All other conditions remain in full force and effect.

DATED:   12-21-2021

*Sheila K. Oberto*
HON. Sheila K. Oberto
United States Magistrate Court Judge