HEATHER E. WILLIAMS, State Bar No. 122664
Federal Defender
BENJAMIN GERSON, NY BAR #5505144
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone: (559) 487-5561
Facsimile: (559) 487-5950

Attorneys for Defendant
FABIAN GARCIA-PALACIO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, vs. FABIAN GARCIA-PALACIO, *Defendant*. | Case No.  1:21-cr-00119 NONE-SKO **SEALING ORDER** |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that Exhibit A in support of Defendant Fabian Garcia-Palacio's Sentencing Memorandum shall be filed **under seal** until further order of the Court.

IT IS SO ORDERED.

Dated:  **January 3, 2022**                              _____
                                                                              UNITED STATES DISTRICT JUDGE