1    HEATHER E. WILLIAMS, Bar #122664
Federal Defender
2    BENJAMIN A. GERSON, NY Bar #5505144
Assistant Federal Defender
3    Officer of the Federal Defender
2300 Tulare Street, Suite 330
4    Fresno, CA 93721-2226
Telephone: (559) 487-5561
5    Fax: (559) 487-5950

6    Attorneys for Defendant
FABIAN GARCIA-PALACIO

7

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,       Case No. 1:21-cr-00119-JLT-SKO

12             Plaintiff,         **DEFENDANT'S MOTION TO EXONERATE BOND; AND ORDER**

13    vs.

14    FABIAN GARCIA-PALACIO       Judge: Hon. Barbara A. McAuliffe

15             Defendant.

16

17

18        Defendant Fabian Garcia-Palacio hereby moves the court under Fed. R. Crim. P. 46(g)

19 for exoneration of the cash bond and full reconveyance of the $2,000.00 cash posted by Mr.

20 Garcia-Palacio. *See* Dkt. #8:

| 08/03/2020 | 8 | CASH BOND POSTED as to Fabian Garcia-Palacio in amount of $ $2000.00, Receipt # CAE100046182. (Sant Agata, S) [1:20-mj-00074-SKO] (Entered: 08/03/2020) |

24        On July 22, 2020, the Court ordered Mr. Garcia-Palacio released on conditions including

25 a $2,000.00 cash bond, which was posted on August 3, 2020. *See* Dkt. #8. Mr. Garcia-Palacio

26 was sentenced on January 28, 2022. *See*, Dkt #71. Since no conditions of the bond remain to be

27 satisfied, Mr. Garcia-Palacio is now requesting that the $2,000.00 cash bond be exonerated and

28 reconveyed to Perla Palacio pursuant to Rule 46(g) of the Federal Rules of Criminal Procedure.

1  Respectfully submitted,

2  HEATHER E. WILLIAMS
3  Federal Defender

4  Date: February 2, 2022          */s/ Benjamin Gerson*
   BENJAMIN A. GERSION
5  Assistant Federal Defender
   Attorney for Defendant
6  FABIAN GARCIA-PALACIO

7

8

9                          **ORDER**

10      The Court finds that Fabian Garcia-Palacio has complied with the conditions of his bond

11  and that no conditions remain to be satisfied. IT IS HEREBY ORDERED that the Clerk of the

12  Court exonerate the $2,000.00 cash bond in the above-captioned case and reconvey the cash to

13  Perla Palacio who originally posted the cash bond. IT IS SO ORDERED.

14  IT IS SO ORDERED.

15

16  Dated:   **February 2, 2022**          */s/ Barbara A. McAuliffe*
17                                  UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28