HEATHER E. WILLIAMS, Bar #122664
Federal Defender
BENJAMIN A. GERSON, NY Bar #5505144
Assistant Federal Defender
Officer of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
FABIAN GARCIA-PALACIO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00119-JLT-SKO |
|---|---|
| Plaintiff, | **DEFENDANT'S MOTION TO MODIFY THE ORDER EXONERATING BOND; AND ORDER** |
| vs. | |
| FABIAN GARCIA-PALACIO | Judge: Hon. Barbara A. McAuliffe |
| Defendant. | |

On February 2, 2022, Fabian Garcia-Palacio moved the Court, pursuant to Fed. R. Crim. P. 46(g), for exoneration of the cash bond and full reconveyance of the $2,000.00 cash posted by Perla Palacio. *See*, Dkt. #72. The Honorable U.S. Magistrate Judge Barbara A. McAuliffe granted that motion. *See,* Dkt. #73:

| 02/02/2022 | 73 | ORDER GRANTING 72 Motion to Exonerate Bond, signed by Magistrate Judge Barbara A. McAuliffe on 02/02/22 as to Fabian Garcia-Palacio (1). (Maldonado, C) (Entered: 02/02/2022) |
|---|---|---|

The motion requested that the cash bond be reconveyed to Perla Palacio, as undersigned counsel had been given assurances that Ms. Palacio had in fact posted the bond on Mr. Garcia-Palacio's behalf.

Thereafter, undersigned counsel was informed by the Clerk's Office that while Perla

Palacio did sign the appearance and compliance bond paperwork, their records did not show Ms. Palacio to be the owner of the posted cash bond. Instead, the Clerk's Office records indicate that the statement of ownership for the cash bond lists Jose Garcia. The Clerk's Office requires a modified order from the court to release the cash bond to Jose Garcia.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: February 3, 2022

*/s/ Benjamin Gerson*
BENJAMN GERSON
Assistant Federal Defender
Attorney for Defendant
FABIAN GARCIA-PALACIO

## ORDER

IT IS HEREBY ORDERED that the Order Exonerating Bond issued on February 2, 2022 (Dkt. #73) be modified to state that the Clerk of the Court exonerate the $2,000.00 cash bond in the above-captioned case and reconvey the cash to Jose Garcia.

IT IS SO ORDERED.

Dated:   **February 3, 2022**              /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE